November 17, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT W. WALKER, BONNIE WALKER, AND PATRICIA WALKER, Appellants

NO. 14-11-00922-CV                       V.

TEXAS STATE BANK, Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on October 12, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.